UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NEOPART TRANSIT, LLC, <br>                Plaintiff, <br><br> v. <br><br> CBM N.A. INC.; CBM US INC.; <br> WALTER SUPPLEE; and CBM SAS, <br>                Defendants. | No. 5:17-cv-3955 |

# **O R D E R**

**AND NOW**, this 13th day of June, 2018, upon consideration of Defendant Supplee's Motion to Dismiss, ECF No. 29, the Motion to Dismiss of Defendants CBM N.A. Inc., CBM US Inc., and CBM SAS, ECF No. 30, Plaintiff's Responses in Opposition, ECF Nos. 33-34, and the CBM Defendants' Reply, ECF No. 35, and for the reasons expressed in the Opinion issued this date, **IT IS HEREBY ORDERED THAT**:

1. Defendants' Motions to Dismiss, ECF Nos. 29-30, are **granted in part and denied in part.**

2. Count VIII of the Amended Complaint, alleging tortious interference with prospective contractual relations, is **DISMISSED** against all Defendants.

3. Defendant Supplee's Motion is **DENIED** in all other respects.

4. The CBM Defendants' Motion is **DENIED without prejudice** in all other respects, subject to Defendants' right to renew the motion at the close of jurisdictional discovery.

5. The parties shall complete any discovery relevant to this Court's jurisdiction and whether Plaintiff has made proper service **by October 1, 2018**.

6. Defendants shall file an answer to the Amended Complaint or any renewed motion to dismiss for lack of jurisdiction or improper service **on or before October 1, 2018**.

                                             BY THE COURT:

                                             */s/ Joseph F. Leeson, Jr.*_____
                                             JOSEPH F. LEESON, JR.
                                             United States District Court